UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JOSHUA MICHAEL HAVENS** | **CIVIL DOCKET NO. 3:23-1248** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DEPUTY HARRINGTON, ET AL.** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 19], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Joshua Michael Havens' claims on behalf of other prisoners and his request for injunctive relief are DISMISSED WITHOUT PREJUDICE for lack of standing and as frivolous.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's remaining claims and request for relief are DISMISSED WITH PREJUDICE as frivolous and for failing to state claims on which relief may be granted.

THUS, DONE AND SIGNED in Chambers on this 16th day of January 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE